1086

No. 10–7175. BANKOFF v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7231. NOWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7268. SHEPHERD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–1332. SAIN v. SNYDER ET AL., *ante*, p. 830;

No. 09–1464. VENEZIA v. WILLIAM PENN SCHOOL DISTRICT, *ante*, p. 835;

No. 09–1506. JONES v. ANHEUSER BUSCH, *ante*, p. 837;

No. 09–1558. YOUNG v. CARGILL, *ante*, p. 840;

No. 09–1566. WALSH-FAUCHER v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 841;

No. 09–1579. SPEAR v. GENERAL MOTORS CORP., *ante*, p. 841;

No. 09–8375. SCHULTZ v. HALPIN ET AL., *ante*, p. 841;

No. 09–9986. JAIYEOLA v. CARRIER CORP., *ante*, p. 843;

No. 09–10533. IN RE COX, *ante*, p. 826;

No. 09–10544. YSAIS v. NEW MEXICO ET AL., *ante*, p. 846;

No. 09–10601. DAVIS v. BOOKER, WARDEN, *ante*, p. 847;

No. 09–10615. BAKER v. KENTUCKY, *ante*, p. 847;

No. 09–10683. DACOSTA v. UNION LOCAL 306 OF THE MOTION PICTURE PROJECTIONISTS, OPERATORS, VIDEO TECHNICIANS, THEATRICAL EMPLOYEES & ALLIED CRAFTS, ET AL., *ante*, p. 849;

No. 09–10724. IN RE DANIEL, *ante*, p. 826;

No. 09–10742. JOHNSON v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., *ante*, p. 851;

No. 09–10778. STUDLI v. CRIMONE ET AL., *ante*, p. 851;

No. 09–10817. FORD v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 853;

No. 09–10893. DENNIS v. CITY OF AVENTURA, FLORIDA, ET AL., *ante*, p. 855;

No. 09–10950. ADIR v. CITY OF LOS ANGELES, CALIFORNIA, ET AL., *ante*, p. 857;

No. 09–10959. DUTCH *v.* BALICKI, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL., *ante,* p. 857;

No. 09–10982. DOUGLAS *v.* MICHIGAN, *ante,* p. 858;

No. 09–11016. MEHRA *v.* CONTINENTAL CASUALTY CO. ET AL., and MEHRA *v.* SAEIAN ET AL., *ante,* p. 859;

No. 09–11021. HONESTO *v.* CALIFORNIA ET AL., *ante,* p. 859;

No. 09–11089. WILLIAMS *v.* CROUCH ET AL., *ante,* p. 861;

No. 09–11092. AVANT *v.* LOS ANGELES CENTRAL COMMUNITY POLICE STATION ET AL., *ante,* p. 861;

No. 09–11111. MONIZ *v.* MCKEE, WARDEN, *ante,* p. 862;

No. 09–11137. MCKINNEDY *v.* SOUTH CAROLINA, *ante,* p. 863;

No. 09–11145. BLAKELY *v.* SNIVELY ET AL., *ante,* p. 864;

No. 09–11164. PEARSON *v.* BRACE ET AL., *ante,* p. 865;

No. 09–11182. ANDERSON *v.* CASTILLO, WARDEN, *ante,* p. 866;

No. 09–11198. JACKSON *v.* RUSSO, SUPERINTENDENT, SOUZA-BARANOWSKI CORRECTIONAL CENTER, *ante,* p. 867;

No. 09–11225. YSAIS *v.* RICHARDSON ET AL., *ante,* p. 868;

No. 09–11251. APPUKKUTTA *v.* NEW YORK, *ante,* p. 870;

No. 09–11256. DILLON *v.* SAN FRANCISCO VETERANS ADMINISTRATION, FORT MILEY HOSPITAL, *ante,* p. 870;

No. 09–11288. FULTON *v.* UNITED STATES, *ante,* p. 872;

No. 09–11306. JOHNSON *v.* OBAMA, PRESIDENT OF THE UNITED STATES, *ante,* p. 873;

No. 09–11336. BASSO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 874;

No. 09–11371. BREWER *v.* VIRGINIA, *ante,* p. 876;

No. 09–11377. WILLIAMS *v.* WHITE, WARDEN, ET AL. (two judgments), *ante,* p. 876;

No. 09–11387. WOODARD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 877;

No. 09–11430. WALKER *v.* JARRIEL, WARDEN, *ante,* p. 880;

No. 09–11526. CHASE *v.* MAYNARD, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL., *ante,* p. 886;

No. 10–25. MACON *v.* OHIO DEPARTMENT OF JOB AND FAMILY SERVICES, *ante,* p. 890;

No. 10–32. CEMINCHUK *v.* OBAMA, PRESIDENT OF THE UNITED STATES, *ante,* p. 890;

No. 10–65. HARPER *v.* UNITED STATES, *ante,* p. 892;

1088

No. 10–112.   VADDE v. BANK OF AMERICA, *ante*, p. 894;

No. 10–138.   MADEJA v. PENNSYLVANIA, *ante*, p. 895;

No. 10–139.   CHRISTMAN v. UTICA NATIONAL INSURANCE GROUP, INC., *ante*, p. 895;

No. 10–197.   BAUER v. HOLDER, ATTORNEY GENERAL, *ante*, p. 897;

No. 10–307.   MELENDREZ v. BIERY, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, ET AL., *ante*, p. 964;

No. 10–5089.   VANNAUSDLE v. PIERCE COUNTY DEPARTMENT OF ASSIGNED COUNSEL ET AL., *ante*, p. 903;

No. 10–5116.   CADY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 904;

No. 10–5126.   LARSON v. UNITED STATES, *ante*, p. 905;

No. 10–5170.   CALDERON-LOPEZ v. UNITED STATES, *ante*, p. 907;

No. 10–5173.   KIM v. UNITED STATES, *ante*, p. 907;

No. 10–5233.   AHMADZAI v. UNITED STATES, *ante*, p. 953;

No. 10–5252.   IN RE GAFFNEY, *ante*, p. 825;

No. 10–5265.   GRAHAM v. MISSOURI, *ante*, p. 912;

No. 10–5389.   MACKENZIE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 919;

No. 10–5441.   LANE-EL v. SEVIER, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY, *ante*, p. 922;

No. 10–5462.   TEAGUE v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, *ante*, p. 923;

No. 10–5561.   BEY v. I. B. E. W. LOCAL UNION #3 UNION REPRESENTATIVES ET AL., *ante*, p. 929;

No. 10–5594.   TURNER v. EDMONDS, *ante*, p. 930;

No. 10–5637.   BUENROSTRO v. DEPARTMENT OF JUSTICE, *ante*, p. 932;

No. 10–5643.   CALDERON v. EVERGREEN OWNERS, INC., ET AL., *ante*, p. 933;

No. 10–5667.   RUHBAYAN v. UNITED STATES, *ante*, p. 934;

No. 10–5780.   COHEN v. HUNT, WARDEN, *ante*, p. 937;

No. 10–5791.   GEORGIEVA v. BARNES & NOBLE, *ante*, p. 967;

No. 10–5796.   COOK v. MICHIGAN DEPARTMENT OF CORRECTIONS, *ante*, p. 938;

No. 10–5847.   ROWELL v. MARTINO ET AL., *ante*, p. 968;

No. 10–5880.  COSTA *v.* MISSOURI, *ante,* p. 983;

No. 10–5901.  WILLIAMS *v.* FREE ET AL., *ante,* p. 983; and

No. 10–6003.  DAVIS *v.* UNITED STATES, *ante,* p. 943.  Petitions for rehearing denied.

No. 09–1433.  SCHAGHTICOKE TRIBAL NATION *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 947;

No. 09–10706.  SAMUEL *v.* BELLEVUE HOSPITAL CENTER, *ante,* p. 950; and

No. 09–10738.  DICKERSON *v.* UNITED WAY OF NEW YORK CITY, *ante,* p. 950.  Petitions for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–80.  WEISS *v.* ASSICURAZIONI GENERALI, S. P. A., ET AL., *ante,* p. 952.  Petition for rehearing denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–5349.  SPENCER *v.* UNITED PARCEL SERVICE, INC., *ante,* p. 954.  Petition for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

DECEMBER 6, 2010

No. 10–6751.  JACOBS *v.* WISCONSIN.  Ct. App. Wis.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–6765.  WILLIAMS *v.* CLINE ET AL.  C. A. 8th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. D–2522.  IN RE DISCIPLINE OF CALLIHAN.  It having been reported that Herbert Aldon Callihan, Jr., of Bethesda, Md., has died, the rule to show cause, issued on October 4, 2010 [*ante,* p. 811], is discharged.

No. 10M42.  WANZER *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.;

No. 10M43.  WANZER *v.* HERNANDEZ ET AL.;